PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR GUMERCINDO ROMERO-ZARATE,<br><br>Defendant. | CASE NO. 1:17-CR-00078-LJO-SKO<br><br>MOTION AND ORDER TO DISMISS COMPLAINT AND INDICTMENT WITHOUT PREJUDICE<br><br>DATE: TBD<br>TIME: TBD<br><br>COURT: Hon. Lawrence J. O'Neill |

## BACKGROUND

On March 21, 2017, Defendant Oscar Gumercindo Romero-Zarate ("Romero-Zarate"), together with co-Defendants Jose Limon Reyes Ochoa and Arturo Guerrero Delgado, was charged with conspiracy to distribute a controlled substance and distribution of a controlled substance in violation of Title 21, United States Code, Sections 846, 841. (ECF #1). Romero-Zarate was indicted on March 30, 2017, together with the co-defendants. (ECF #5). Romero-Zarate made his initial appearance on March 30, 2017, and a detention hearing was held on April 4, 2017. (ECF #6, 27). Romero-Zarate was ordered released to the third party custody of two custodians. (ECF #27). The government appealed the magistrate court's release order[1]. (ECF #25, 32). On April 10, 2017, after a hearing, the district court affirmed the magistrate court's release order with respect to Romero-Zarate. (ECF #36).

---

[1] The government also appealed the release order for Defendant Reyes-Ochoa.

On May 24, 2017, counsel for the United States learned through Romero-Zarate's defense counsel that Immigrations and Customs Enforcement (ICE) had removed Romero-Zarate from the United States. Counsel for ICE confirmed that Romero-Zarate made an appearance before Immigration Judge Victoria L. Argumedo on May 1, 2017 and was ordered removed that same day.

## **MOTION**

When a defendant on pretrial release has been removed from the United States, the court may "craft an appropriate remedy." See United States v. Santos-Flores, 794 F.3d 1088, 1091 (9th Cir. 2015). The United States may, with leave of court, dismiss and indictment or complaint. Fed.R.Crim.P. 48(a).

The United States, having considered the interests of justice in this matter, moves the Court to dismiss the complaint and indictment against Romero-Zarate without prejudice pursuant to Federal Rule of Criminal Procedure Rule 48(a).

Dated: June 19, 2017

                                          PHILLIP A. TALBERT
                                          United States Attorney

                               By:  /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Assistant United States Attorney

## **ORDER**

The Complaint and Indictment are dismissed against Defendant Oscar Gumercindo Romero-Zarate without prejudice. It is so ORDERED.

IT IS SO ORDERED.

Dated: __**June 19, 2017**__                        **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE