# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR GUMERCINDO ROMERO ZARATE

    Defendant.

CR NO: 1:17-CR-0078 LJO-SKO

FILED
NOV 21 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Oscar Gumercindo Romero Zarate | |
| Detained at | Metropolitan Correctional Center, San Diego, CA | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: AUSA Christopher D. Baker (559-497-4074)
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/21/17

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if _____
Booking or CDC #: _____
Facility Address: _____
Facility Phone: _____
Currently _____

☐ Male    ☐ Female
DOB: _____
Race: _____
FBI#: _____

## RETURN OF SERVICE

Executed on: _____

(signature)