| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | Oscar Romero-Zarate |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00078-LJO-SKO-3 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | DATE: May 14, 2018 |
| OSCAR ROMERO-ZARATE, | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing on the above-captioned matter now set for March 26, 2018 may be continued to May 14, 2018 at 8:30 a.m.

This continuance is requested by the defense as Mr. Romero-Zarate was working on his allocution letter when he was moved from the Fresno County Jail to the Lerdo Jail. Unfortunately, at that time, his letter was lost, which necessitated him having to start his letter over. Additionally, because of his new location, it has made meeting with the client more difficult and increased the time necessary for client meetings in preparation for the sentencing hearing. The government has no objection to the requested continuance.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

```
                                    Respectfully submitted,

                                    McGregor Scott
                                    United States Attorney


DATED: March 13, 2018               /s/ Jeffrey Spivak
                                    JEFFREY SPIVAK
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender


DATED: March 13, 2018               /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    Oscar Romero-Zarate
```

**T**he sentencing hearing in the above-entitled case shall be continued to May 14, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **March 13, 2018**            /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE