| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | Oscar Romero-Zarate |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00078-LJO-SKO-3 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | DATE: June 11, 2018 |
| OSCAR ROMERO-ZARATE, | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing on the above-captioned matter now set for May 21, 2018 may be continued to June 11, 2018 at 8:30 a.m.

This continuance is requested by the defense as the defense would like some additional time in preparation of the sentencing hearing. After Mr. Romero-Zarate was moved from the Fresno County Jail to Lerdo, communication became more difficult in reviewing documents and in discussing matters pertaining to sentencing. In recent days, increased lockdown in the pod Mr. Romero-Zarate is located in has prevented him from being able to call counsel. The government is in agreement with the requested continuance and is available on the requested date and time.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial

Act.

                                        Respectfully submitted,

                                        McGregor Scott
United States Attorney

DATED: May 14, 2018                  */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
Federal Defender

DATED: May 14, 2018                  */s/ Charles J. Lee*
                                        CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
Oscar Romero-Zarate


## **O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to June 11, 2018 at 8:30 a.m.


IT IS SO ORDERED.

    Dated: **May 15, 2018**                       **/s/ Lawrence J. O'Neill**
                                               UNITED STATES CHIEF DISTRICT JUDGE